**William E. GREENE, Plaintiff–Appellant,**

**v.**

**VIRGINIA DEPARTMENT OF CORRECTIONS; Fairfax County Adult Detention Center; Fairfax County Board of Supervisors, Defendants–Appellees.**

**No. 00–6909.**

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 15, 2000.

Decided Jan. 5, 2001.

William E. Greene, pro se.

Before WIDENER, NIEMEYER, and MOTZ, Circuit Judges.

---

PER CURIAM.

William E. Greene appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2000) complaint. We have reviewed the record and the district's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Greene v. Virginia Dep't of Corrections,* No. CA–00–103–AM (E.D.Va. filed June 12, 2000; entered June 13, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*